

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2024

No. 04-24-00391-CR

**EX PARTE** Marco Antonio **MORENO**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. CM118260
Honorable Stephanie R. Boyd, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on December 23, 2024.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2024.

_____
Luz Estrada, Chief Deputy Clerk